Entered on Docket June 11, 2021

Below is the Order of the Court.

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | No. 19-12233 |
| JOHN FELIX CASTLEMAN, SR., | |
| and | ORDER ON TRUSTEE'S MOTION TO SELL |
| | RESIDENCE OF DEBTORS |
| KIMBERLY KAY CASTLEMAN | |
| Debtor | |

This matter came on to be heard upon the Motion of the Trustee for Authority to Sell the Residence of the Debtors. The Trustee's Motion is based upon Section 348 (f)(1)(B) of the Bankruptcy Code. The Court considered the materials submitted by the Debtors and the Trustee along with the oral arguments on May 12, 2021.

The Court entered its Memorandum Decision on June 4, 2021.

IT IS ORDERED, ADJUDGED, and DECREED that the full value of the Real Property is the property of the Chapter 7 estate including any post-petition appreciation and that the Trustee's

///

Order on Memorandum Decision - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300

1 Motion is granted.

2 ///End of Order\\\

5 Presented by:

/s/ Peter H. Arkison
Peter H. Arkison
Attorney for the Trustee
WSBA 5530

26 Order on Memorandum Decision - 2

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 671-0300