UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) Chapter 7 Proceeding
)
John Felix Castleman, Sr. ) Case No. 19-12233-MLB
Kimberly Kay Castleman, )
    *Debtors*. ) COVER SHEET FOR NOTICE OF APPEAL
) AND STATEMENT OF ELECTION
)

NOTICE OF APPEAL AND
STATEMENT OF ELECTION

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) Chapter 7 Proceeding
)
John Felix Castleman, Sr. ) Case No. 19-12233-MLB
Kimberly Kay Castleman, )
   *Debtors.* ) NOTICE OF APPEAL AND
) STATEMENT OF ELECTION
_____ )

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): JOHN AND KIMBERLY CASTLEMAN

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   __ Plaintiff
   __ Defendant
   __ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   X Debtor
   __ Creditor
   __ Trustee

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

   Order on Motion to Sell Debtors Residence (ECF 87).

2. Date on which the judgment, order, or decree was entered: 06/11/2021.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtors     Attorney: Steven Hathaway, WSBA #24971
                                   3811 Consolidation Avenue
                                   Bellingham, WA 98229
                                   Phone: (360) 788-4810

2. Party: Chapter 7 Trustee     Attorney: Peter Arkson, WSBA #5530
                                   103 E. Holly Street, Suite 502
                                   Bellingham, WA 98225-4728
                                   Phone: (360) 671-0300

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

      [X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*/s/ Steven Hathaway*                                  Date: <u>06/21/2021</u>
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Steven Hathaway
3811 Consolidation Avenue
Bellingham, WA 98229
Phone: (360) 788-4810


Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]