Law Offices of Steven C. Hathaway  
3811 Consolidation Avenue  
Bellingham, WA 98229  
T. (360) 676-0529  
F. (360) 676-0067  

Honorable Marc Barreca  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE: ) Chapter 7 Proceeding  
) 
JOHN FELIX CASTLEMAN, SR. ) BK Internal Appeal No. 21-S006  
KIMBERLY KAY CASTLEMAN, )  
    *Debtors.* ) District Court Case No. 21-cv-00829-RSL  
)  
) Bankruptcy Case No. 19-12233- MLB  
)  
) APPELLANT'S DESIGNATION  
) OF RECORD AND STATEMENT  
) OF ISSUES ON APPEAL FROM  
) BANKRUPTCY COURT  
)  
_____ )

## DESIGNATION OF RECORD

| DOC | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 1 | 06/13/2019 | Chapter 13 Voluntary Petition. |
| 10 | 06/19/2019 | Balance of Schedules. |
| 30 | 09/24/2019 | Amended Chapter 13 Plan. |
| 32 | 09/25/2019 | Order Confirming Chapter 13 Plan. |
| 35 | 01/13/2020 | Chapter 13 Trustee's Report of Filed Claims. |
| 44 | 12/14/2020 | Motion for Relief from Stay, 5857 Everson Goshen Rd, Bellingham, WA. |
| 45 | 12/14/2020 | Declaration in Support of Motion for Relief from Stay. |
| 46 | 01/06/2021 | Debtors Response to Motion for Relief from Stay. |
| 47 | 01/12/2021 | Debtor's Motion to Convert Case from Chapter 13 to 7. |
| 49 | 01/14/2021 | Stipulated ORDER for Relief from Stay Effective April 10, 2021. |
| 53 | 02/05/2021 | ORDER Converting Chapter 13 Case to Chapter 7. |

APPELLANT'S DESIGNATION OF RECORD  
AND STATEMENT OF ISSUES ON APPEAL  
FROM BANKRUPTCY COURT

LAW OFFICES OF STEVEN C. HATHAWAY  
3811 CONSOLIDATION AVENUE  
BELLINGHAM, WA 98229  
PHONE(360) 676-0529  
FAX (360) 676-0067

Case 19-12233-MLB    Doc 98    Filed 06/30/21    Ent. 06/30/21 15:50:33    Pg. 1 of 3

| DOC | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 61 | 02/22/2021 | Chapter 13 Trustee's Final Report and Account. |
| 62 | 02/22/2021 | Post Conversion Schedules/Declaration of No Change. |
| 72 | 04/20/2021 | Motion for authority to value property under Section 348 (f)(1)(B). |
| 75 | 05/05/2021 | Debtors Response to Trustee's Motion under Section 348 (f)(1)(B). |
| 78 | 05/07/2021 | Reply of Trustee in Support of Section 348 (f)(1)(B) Motion. |
| 80 | 05/13/2021 | Discharge of Debtor. |
| 82 | 06/04/2021 | Memorandum Decision. |
| 86 | 06/11/2021 | Order on Trustee's Motion. |
| 90 | 06/21/2021 | Notice of Appeal and Statement of Election to District Court. |
| 93 | 06/23/2021 | Stipulation for Stay of Order through Completion of Appellate Process. |

## STATEMENT OF ISSUES

1. Does the Debtors home, which vested in them at plan confirmation, become property of the chapter 7 estate upon conversion?

2. Does property of the estate, as of the petition date, include post-petition appreciation in the Debtors home?

3. Is the present value of the Debtors home, including any appreciation between the petition date and the date of conversion, property of the chapter 7 bankruptcy estate?

*Date*: 06/30/2021          /s/ *Steven Hathaway*
                            Steven Hathaway, WSBA #24971
                            Attorney for Appellant

APPELLANT'S DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL
FROM BANKRUPTCY COURT

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

## DECLARATION OF MAILING

THE UNDERSIGNED CERTIFIES UNDER PENALTY OF PERJURY THAT ON 06/30/2021 THE UNDERSIGNED CAUSED TO BE DELIVERED EITHER BY FIRST CLASS MAIL, LEGAL MESSENGER OR ELECTRONICALLY A COPY OF APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL TO COUNSEL FOR THE CHAPTER 7 TRUSTEE.

*Date*: 06/30/2021        /s/ *Steven Hathaway*
                          Steven Hathaway, WSBA #24971
                          Attorney for Appellant

APPELLANT'S DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL
FROM BANKRUPTCY COURT

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

Case 19-12233-MLB    Doc 98    Filed 06/30/21    Ent. 06/30/21 15:50:33    Pg. 3 of 3