```
Peter H. Arkison                                              Honorable Marc L. Barreca
103 East Holly Street, Suite 502                                              Chapter 7
Bellingham, WA 98225
360-510-5113
```

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| JOHN FELIX CASTLEMAN, SR. | BK INTERNAL APPEAL NO. 21-S006 |
| and | DISTRICT COURT CASE NO. 21-cv-00829-RSL |
| KIMBERLY KAY CASTLEMAN | BANKRUPTCY NO. . 21-10586 |
| Debtors | APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD |

DENNIS LEE BURMAN, the Chapter 7 Trustee, Appellee believes the Record on Appeal should be supplemented with the transcript of hearing on May 12, 2021.

Dated: July 14, 2021

/s/ Peter H. Arkison
Peter H. Arkison
Attorney for the Trustee

Appellee's Supplemental Designation
of Record on Appeal - 1

Law Offices of
Peter H. Arkison
103 E. Holly Street, Suite 502
Bellingham, WA 98225-4728
(360) 510-5113