Peter H. Arkison  
Barreca  
103 East Holly Street, Suite 502  
Bellingham, WA 98225  
360-510-5113  

Honorable Marc L. Barreca  
Chapter 7  

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| JOHN FELIX CASTLEMAN, SR. | BK INTERNAL APPEAL NO. 21-S006 |
| and | DISTRICT COURT CASE NO. 21-cv-00829-RSL |
| KIMBERLY KAY CASTLEMAN | BANKRUPTCY NO. 19-12233 |
| Debtors | NOTICE OF ORDERING TRANSCRIPT |

Dennis Lee Burman, Appellee and the Chapter 7 Trustee, gives notice that on July 14, 2021, he ordered the transcript of the May 12, 2021, hearing on the Trustee's Motion Re: Section 348 (f)(1)(B).

Arrangements have been made for its payment.

It is expected to be received about July 28, 2021.

Dated: July 14, 2021

/s/ Peter H. Arkison  
Peter H. Arkison  
Attorney for the Trustee  

Appellee's Supplemental Designation of Record on Appeal - 1

Law Offices of  
Peter H. Arkison  
103 E. Holly Street, Suite 502  
Bellingham, WA 98225-4728  
(360) 510-5113