Peter H. Arkison  
Barreca  
103 East Holly Street, Suite 502  
Bellingham, WA 98225  
360-510-5113

Honorable Marc L. Barreca  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

In re:

JOHN FELIX CASTLEMAN, SR.

and

KIMBERLY KAY CASTLEMAN

Debtors

Chapter 7

BK INTERNAL APPEAL NO. 21-S006

DISTRICT COURT CASE NO. 21-cv-00829-RSL

BANKRUPTCY NO. .19-12233

APPELLEE'S STATEMENT OF ISSUES ON APPEAL

**APPELLEE'S STATEMENT OF ISSUES ON APPEAL**

1. When the Debtor in a Chapter 13 case, 11 U.S.C. § 1301 *et seq.* converts the case to Chapter 7, what valuations made in the Chapter 13 proceedings, if any, is the Chapter 7 Trustee required to accept under 11 U.S.C. §348 (f)(1)(B)?

2. Under 11 U.S.C. §348 (f)(1)(B), who is entitled to the appreciation of the assets, determined by 11 U.S.C. §348 (f)(1)(A) from the filing of the case until conversion to Chapter 7?

Dated: July 17, 2021

/s/ Peter H. Arkison  
Peter H. Arkison  
Attorney for the Trustee

Appellee's Statement  
of Issues on Appeal - 1

Law Offices of  
Peter H. Arkison  
103 E. Holly Street, Suite 502  
Bellingham, WA 98225-4728  
(360) 510-5113